UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------X
In re:                                                         )
                                                               )   Case No. 08-53104
GREEKTOWN HOLDINGS, LLC, *et al.*,[1]                          )   Chapter 11
                                                               )   Jointly Administered
                    Debtors.                                   )
                                                               )
                                                               )   Honorable Walter Shapero
---------------------------------------------------------------X
THE OFFICIAL COMMITTEE OF                                      )
UNSECURED CREDITORS ON BEHALF OF                               )
THE ESTATE OF GREEKTOWN HOLDINGS,                              )   Adv. Pro. No. 10-05712
LLC,                                                           )
                                                               )   Honorable Walter Shapero
                    Plaintiff,                                 )
                                                               )   Civ. Case No. 10-cv-12628
            v.                                                 )   Hon. Paul D. Borman
                                                               )
DIMITRIOS ("JIM") PAPAS, VIOLA PAPAS,                          )
TED GATZAROS, MARIA GATZAROS,                                  )
BARDEN DEVELOPMENT, INC., LAC VIEUX                            )
DESERT BAND OF LAKE SUPERIOR                                   )
CHIPPEWA INDIANS, SAULT STE. MARIE                             )
TRIBE OF CHIPPEWA INDIANS, KEWADIN                             )
CASINOS GAMING AUTHORITY, and                                  )
BARDEN NEVADA GAMING, LLC,                                     )
                                                               )
                    Defendants.                                )
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these jointly administered cases include Greektown Holdings, L.L.C. ("Holdings"); Greektown Casino, L.L.C. ("Greektown Casino"); Kewadin Greektown Casino, L.L.C. ("Kewadin"); Monroe Partners, L.L.C. ("Monroe"); Greektown Holdings II, Inc. ("Holdings II"); Contract Builders Corporation ("Builders"); Realty Equity Company Inc. ("Realty")' and Trappers GC Partner, LLC ("Trappers").

6433524.1 23608/135643

The undersigned certifies that on July 26, 2010, the following documents was served as follows:

**Document Served**:        Reply Brief In Support of Motion of the Greektown Litigation Trust for an Extension of time to Respond to Defendants' Motions to Dismiss and Motion to Withdraw Reference.

**Method of Service /**        By electronic mail (via the CM/ECF System)


Date:  July 27 2010                                         Respectfully submitted,

                                                            CLARK HILL PLC


                                            By:     /s/ Secret S. Washington
                                                    Secret S. Washington
                                                    151 S. Old Woodward Ave, Suite 200
                                                    Birmingham, MI  48009
                                                    (248) 642-9692

-2-