UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-53104 |
| GREEKTOWN HOLDINGS, LLC, *et al.,* ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | Honorable Walter Shapero |
| _____ ) | |
| THE OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS ON BEHALF OF ) | |
| THE ESTATE OF GREEKTOWN HOLDINGS, ) | Adv. Pro. No. 10-05712 |
| LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 2:10-cv-12628 |
| v. ) | |
| ) | Hon. Paul Borman |
| DIMITRIOS ("JIM") PAPAS, VIOLA PAPAS, ) | |
| TED GATZAROS, MARIA GATZAROS, ) | |
| BARDEN DEVELOPMENT, INC., LAC VIEUX ) | |
| DESERT BAND OF LAKE SUPERIOR ) | |
| CHIPPEWA INDIANS, SAULT STE. MARIE ) | |
| TRIBE OF CHIPPEWA INDIANS, KEWADIN ) | |
| CASINOS GAMING AUTHORITY, and ) | |
| BARDEN NEVADA GAMING, LLC, ) | |
| ) | |
| Defendants. ) | |
| --------------------------------------------------------------- X | |

**CERTIFICATE OF SERVICE REGARDING DEFENDANTS PAPAS' AND
GATZAROS' NOTICE CONFIRMING FILING DATE
OF MOTION TO WITHDRAW REFERENCE**

#1694057-v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2010, I electronically filed the Notice Confirming Filing Date of Motion to Withdraw Reference (and all Exhibits thereto) with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants of record.

      Parties receiving service electronically are as follows:

- **Joel D. Applebaum**
  japplebaum@clarkhill.com

- **Ezekiel J. Fletcher - NOT SWORN**
  zfletcher@rosettelaw.com,jsummers@rosettelaw.com

- **Lisa S. Gretchko**
  LSG@h2law.com,cstriho@howardandhoward.com

- **David A. Lerner**
  dlerner@plunkettcooney.com,nwinagar@plunkettcooney.com

- **Patrick M. McCarthy**
  PMcCarthy@Howardandhoward.com,CHodge@Howardandhoward.com

- **Nancy K. Stone**
  nstone@howardandhoward.com,pcalcaterra@howardandhoward.com

- **Michael R. Turco**
  turco@bwst-law.com

I further certify that, on November 5, 2010 at approximately 4:38 p.m., I sent a copy of the foregoing items to Mr. Mark Parry via electronic mail

                        HOWARD & HOWARD ATTORNEYS PLLC

                        By:    /s/ *Lisa S. Gretchko*
                        Lisa S. Gretchko (P29881)
                        Attorneys for Dimitrios ("Jim") Papas, Viola
                        Papas, Ted Gatzaros and Maria Gatzaros
                        450 West Fourth Street
                        Royal Oak, MI  48067
                        (248)723-0396 / (248)645-1568facsimile
Dated: November 5, 2010        lsg@h2law.com